**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                              )        No. C 10-3680 LHK (PR)
   LAMOS WAYNE STURGIS,                         )
11                                              )        ORDER DENYING
                Plaintiff,                      )        PLAINTIFF'S REQUEST TO
12                                              )        STAY
         v.                                     )
13                                              )
   CHIEF DEPUTY SHERIFF WARREN E.               )        (Docket No. 27)
14 RUPF, et al.,                                )
                                                )
15              Defendants,                     )
                                                )
16

17          Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C.

18 § 1983 against prison officials.  Plaintiff requests a stay of the proceedings because he currently does

19 not have access to the law library or his legal materials.  In the alternative, Plaintiff requests

20 appointment of counsel, or a 60-day extension of time to file an opposition to Defendants' motion

21 for summary judgment.

22          Plaintiff's request for a stay is DENIED.  Plaintiff's situation does not warrant an indefinite

23 stay.  Plaintiff's request for appointment of counsel is DENIED for want of exceptional

24 circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v.*

25 *Dep't of Social Services,* 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil

26 case).  The issues in this case are not particularly complex, and Plaintiff has thus far been able to

27 adequately present his claims.  This denial is without prejudice to the Court's sua sponte

28 appointment of counsel at a future date should the circumstances of this case warrant such

   appointment.  Plaintiff's motion for an extension of time is DENIED without prejudice as premature

Order Denying Plaintiff's Request to Stay
P:\PRO-SE\SJ.LHK\CR.10\Sturgis680.DenyAtty-EOT-Stay.frm

because Defendants' dispositive motion has not yet been filed.

This order terminates docket no. 27.

IT IS SO ORDERED.

DATED: ___5/24/11_____

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Denying Plaintiff's Request to Stay
P:\PRO-SE\SJ.LHK\CR.10\Sturgis680.DenyAtty-EOT-Stay.frm

2