1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMOS WAYNE STURGIS, | ) | No. C 10-3680 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | PLAINTIFF'S MOTION FOR |
| v. | ) | EXTENSION OF TIME TO FILE |
| | ) | OPPOSITION TO |
| CHIEF DEPUTY SHERIFF WARREN E. RUPF, et al., | ) | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed the amended complaint under 42 U.S.C. § 1983.

In the Court's service order, Defendants were directed to file their dispositive motion by June 24, 2011. On June 20, 2011, Plaintiff filed a motion for extension of time to file his opposition to Defendants' dispositive motion, which had not yet been filed. Defendants filed a motion for summary judgment on June 23, 2011. Plaintiff's opposition is currently due on July 25, 2011.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition on or before **August 24, 2011.** Defendants shall file their reply no later than **fifteen (15) days** thereafter. No further requests for an extension of time will be favored.

1  This order terminates docket no. 38.
2  IT IS SO ORDERED.
3  DATED: 7/24/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge