**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>    Plaintiff,<br><br>v.<br><br>CHIEF DEPUTY SHERIFF WARREN E. RUPF, et al.,<br><br>    Defendants. | No. C 10-3680 LHK (PR)<br><br>ORDER DIRECTING CLERK TO RE-SERVE SUMMONS; DENYING RECONSIDERATION FOR APPOINTMENT OF COUNSEL |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. Presently, before the Court is Plaintiff's letter providing the Court with an address to effect service upon Defendant Rupf, and reconsideration for appointment of counsel. For the foregoing reasons, the Court hereby orders as follows:

**The Clerk shall issue a summons, and the United States Marshal shall serve, without prepayment of fees, copies of the complaint in this matter (docket no. 28), all attachments thereto, and copy of this order on Chief Deputy Sheriff Warren E. Rupf, P.O. Box 391, Martinez, CA 94553-0039.**

Plaintiff's request for reconsideration for appointment of counsel is DENIED for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services,* 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and Plaintiff has thus

1 far been able to adequately present his claims. This denial is without prejudice to the Court's sua
2 sponte appointment of counsel at a future date should the circumstances of this case warrant such
3 appointment.

4     This order terminates docket no. 44.

5     IT IS SO ORDERED.

6 Dated: 9/19/11

LUCY H. KOH
United States District Judge