United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS, | No. 5:10-CV-3680 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| CHIEF DEPUTY SHERIFF WARREN E. RUPF, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of LAMOS WAYNE STURGIS, inmate no. F-28185, presently in custody at the California State Prison, Sacramento, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 5, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Tim Virga, Warden

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of Lamos Wayne Sturgis, in your custody in the hereinabove-mentioned institution, at California State Prison, Solano, at 1:00 p.m. on May 10, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of STURGIS v. RUPF, and at the termination of said hearing return him forthwith to said

hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 5, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 5, 2012



_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS, | No. 5:10-CV-3680 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CHIEF DEPUTY SHERIFF WARREN E. RUPF, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on April 5, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Lamos Wayne Sturgis
F-28185
California Mens Colony State Prison
Cell #: 4236
P.O. Box 8101
San Luis Obispo, CA 93409-8101

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3