IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMOS WAYNE STURGIS, | ) | No. C 10-3680 LHK (PR) |
| Plaintiff, | ) ) ) | ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL |
| v. | ) ) | (Docket No. 73) |
| DEPUTY SHERIFF DROLLETE, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner, filed an amended *pro se* prisoner complaint under 42 U.S.C. § 1983, arguing that Defendants used excessive force upon him, in violation of the Eighth Amendment. On January 24, 2012, the Court denied Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. On May 22, 2012, Judge Vadas reported that the case did not settle.

Plaintiff has moved for appointment of counsel. It appears that the case will be tried. The Court concludes that counsel should be appointed, and grants Plaintiff's motion. This matter is referred to the Federal Pro Bono Project to find counsel.

The Clerk shall forward to the Federal Pro Bono Project: (i) a copy of this order, (ii) a copy of the docket sheet, and (iii) a copy of the operative complaint and relevant Court orders. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel

1 | for Plaintiff in this matter until further order of the Court.  All proceedings in this action are
2 | stayed until four weeks from the date an attorney is appointed to represent Plaintiff.
3 |     IT IS SO ORDERED.
4 | DATED: __6/12/12__

*Lucy H. Koh* (signature)
LUCY H. KOH
United States District Judge