IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY SHERIFF DROLLETE, et al.,<br><br>    Defendants. | No. C 10-3680 LHK (PR)<br><br>ORDER APPOINTING PRO BONO COUNSEL |

    Plaintiff, a state prisoner, filed an amended *pro se* prisoner complaint under 42 U.S.C. § 1983, arguing that Defendants used excessive force upon him, in violation of the Eighth Amendment. On January 24, 2012, the Court denied Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. After settlement proceedings proved unsuccessful, the Court granted Plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

    The VLSP has informed the Court that David C. Kiernan of the Jones Day law firm, 555 California Street, 26th Floor, San Francisco, CA 94104, (415) 875-5745, has agreed to serve as appointed pro bono counsel for Plaintiff. Thus, David C. Kiernan is hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.10\Sturgis680ApptCounsel.wpd

1 | case.

2 | The Clerk shall set this matter for a case management conference within 90 days of the
3 | filing date of this order.

4 | IT IS SO ORDERED.

5 | DATED: 6/27/12

_____
LUCY H. KOH
United States District Judge

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.10\Sturgis680ApptCounsel.wpd  2