UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LAMOS WAYNE STURGIS, | ) | Case No.: 10-CV-3680-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO FILE SETTLEMENT |
| | ) | STATUS REPORT |
| DEPUTY SHERIFF DROLLETE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On December 11, 2012, the parties attended a settlement conference with Magistrate Judge Joseph C. Spero. *See* Dkt. No. 97. The parties reached a settlement agreement which was entered into the record. *See id.* Accordingly, the Court ORDERS the parties to file by December 14, 2012, a stipulation of dismissal or a settlement status report indicating when the parties will file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: December 11, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-3680-LHK
ORDER TO FILE SETTLEMENT STATUS REPORT