**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS, | ) Case No.: 10-CV-3680-LHK |
| Plaintiff, | ) |
| v. | ) ORDER TO FILE SETTLEMENT |
| | ) STATUS REPORT |
| DEPUTY SHERIFF DROLLETE, et al., | ) |
| Defendants. | ) |

On December 11, 2012, the parties attended a settlement conference with Magistrate Judge Joseph C. Spero. *See* Dkt. No. 97. The parties reached a settlement agreement which was entered into the record. *See id.* Accordingly, the Court ORDERS the parties to file by December 14, 2012, a stipulation of dismissal or a settlement status report indicating when the parties will file a stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: December 11, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-3680-LHK
ORDER TO FILE SETTLEMENT STATUS REPORT