1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11   LAMOS WAYNE STURGIS,                )   Case No.: 10-CV-3680-LHK
                                         )
12                    Plaintiff,         )
          v.                             )
13                                       )   ORDER CONTINUING CASE
     DEPUTY SHERIFF DROLLETE, et al.,    )   MANAGEMENT CONFERENCE AND
14                                       )   SETTING DEADLINE TO FILE
                                         )   STIPULATION OF DISMISSAL
15                    Defendants.        )
     _____)

16

17         On December 11, 2012, the parties attended a settlement conference with Magistrate Judge

18   Joseph C. Spero.  *See* Dkt. No. 97.  The parties reached a settlement agreement which was entered

19   into the record.  *See id.*  On December 11, 2012, the Court ordered the parties to file a stipulation of

20   dismissal or a settlement status report indicating when the parties will file a stipulation of

     dismissal.  *See* Dkt. No. 98.  On December 14, 2012, the parties filed a joint settlement status

21   report indicating that "[a]lthough the settlement allows Defendants 30 days to make payment,

22   Defendants anticipate payment will be made before the year's end."  *See* Dkt. No. 99.

23   Accordingly, the Court CONTINUES the January 2, 2013 case management conference to January

24   16, 2013, at 2 p.m.  The Court ORDERS the parties to file a stipulation of dismissal by January 14,

25   2013, if not before.

26   **IT IS SO ORDERED.**

27

28                                          1
     Case No.: 10-CV-3680-LHK
     ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE
     STIPULATION OF DISMISSAL

**United States District Court**
For the Northern District of California

1   Dated: December 14, 2012

*Lucy H. Koh*

2   LUCY H. KOH
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2