UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAMOS WAYNE STURGIS, ) | Case No.: 10-CV-3680-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE AND |
| DEPUTY SHERIFF DROLLETE, et al., ) | SETTING DEADLINE TO FILE |
| ) | STIPULATION OF DISMISSAL |
| Defendants. ) | |
| ) | |

On December 11, 2012, the parties attended a settlement conference with Magistrate Judge Joseph C. Spero. *See* Dkt. No. 97. The parties reached a settlement agreement which was entered into the record. *See id.* On December 11, 2012, the Court ordered the parties to file a stipulation of dismissal or a settlement status report indicating when the parties will file a stipulation of dismissal. *See* Dkt. No. 98. On December 14, 2012, the parties filed a joint settlement status report indicating that "[a]lthough the settlement allows Defendants 30 days to make payment, Defendants anticipate payment will be made before the year's end." *See* Dkt. No. 99. Accordingly, the Court CONTINUES the January 2, 2013 case management conference to January 16, 2013, at 2 p.m. The Court ORDERS the parties to file a stipulation of dismissal by January 14, 2013, if not before.

**IT IS SO ORDERED.**

1

Case No.: 10-CV-3680-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE STIPULATION OF DISMISSAL

Dated: December 14, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-3680-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE TO FILE STIPULATION OF DISMISSAL