1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  D.CAMERON BAKER (SBN 154432)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile: (925) 335-1866
   Email: cameron.baker@cc.cccounty.us
6
   Attorneys for Defendants
7  DEPUTY DROLLETE
   DEPUTY FITZGERALD
8  SHAWN WELCH

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| LAMOS WAYNE STURGIS, | Case No. CV 10-3680 LHK (PR) |
| Plaintiff | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| WARREN E. RUPF, ET AL. | Judge: Hon. Lucy H. Koh, Presiding Crtrm: 8, 4th Floor, San Jose, CA |
| Defendants. | |

17

18      WHEREAS, Plaintiff Lamos Wayne Sturgis and Defendants Deputy Drollete, Deputy

19  Fitzgerald, and Deputy Shawn Welch have fully and finally resolved all claims, disputes, and

20  differences in the above-captioned action.

21      IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the

22  approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

23      1.    The above-captioned action is hereby dismissed with prejudice; and

24      2.    Each party shall bear their own attorneys' fees, expenses and costs.

25  DATED: January 4, 2013                      JONES DAY

26

27                                             By: /s/ David C. Kiernan
                                                   DAVID C. KIERNAN, ESQ.
28                                                 Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - Case No. C10-3680 LHK (PR)            1

1

2     DATED: January 4  , 2013          SHARON L. ANDERSON, County Counsel

3
                                         By: /s/ D. Cameron Baker
4                                            D. CAMERON BAKER
                                             Deputy County Counsel
5                                            Attorneys for Defendants
                                             DEPUTY DROLLETE
6                                            DEPUTY FITZGERALD
                                             SHAWN WELCH
7

8

9                                **ORDER**

10        Pursuant to the Stipulation, it is hereby ORDERED that the above-referenced action is

11    dismissed with prejudice.   The Clerk shall close the file.

12    DATED: January  6 , 2013

13                                       HONORABLE LUCY H. KOH
                                         Judge of the United States District Court
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF LAUREN CHARNESKI IN SUPPORT OF STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

I, Lauren Charneski, hereby declare under penalty of perjury as follows:

     1.     I am an attorney admitted to practice in the State of California and before this Court.  I am an associate with the law firm of Jones Day, and I am counsel to Plaintiff Lamos Sturgis in this action.  I have personal knowledge of the facts stated below, and I am competent to testify in court regarding them if I am called as a witness.

     2.     The electronic signatories to this STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE, David C. Kiernan and D. Cameron Baker, concur in the filing of this document.

     I swear under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: January _4_, 2013

                            By:___/s/ Lauren Charneski___
                                        Lauren Charneski