SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: cameron.baker@cc.cccounty.us

Attorneys for Defendants
DEPUTY DROLLETE
DEPUTY FITZGERALD
SHAWN WELCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS WAYNE STURGIS,<br><br>Plaintiff<br><br>v.<br><br>WARREN E. RUPF, ET AL.<br><br>Defendants. | Case No. CV 10-3680 LHK (PR)<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Judge: Hon. Lucy H. Koh, Presiding<br>Crtrm: 8, 4th Floor, San Jose, CA |

WHEREAS, Plaintiff Lamos Wayne Sturgis and Defendants Deputy Drollete, Deputy Fitzgerald, and Deputy Shawn Welch have fully and finally resolved all claims, disputes, and differences in the above-captioned action.

IT IS HEREBY STIPULATED AND AGREED by the parties, and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. The above-captioned action is hereby dismissed with prejudice; and
2. Each party shall bear their own attorneys' fees, expenses and costs.

DATED: January 4, 2013                    JONES DAY

By: /s/ David C. Kiernan
DAVID C. KIERNAN, ESQ.
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - Case No. C10-3680 LHK (PR)     1

DATED: January 4, 2013

SHARON L. ANDERSON, County Counsel

By: /s/ D. Cameron Baker
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendants
DEPUTY DROLLETE
DEPUTY FITZGERALD
SHAWN WELCH

## ORDER

Pursuant to the Stipulation, it is hereby ORDERED that the above-referenced action is dismissed with prejudice.   The Clerk shall close the file.

DATED: January 6, 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH
Judge of the United States District Court

**DECLARATION OF LAUREN CHARNESKI IN SUPPORT OF STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

I, Lauren Charneski, hereby declare under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of California and before this Court. I am an associate with the law firm of Jones Day, and I am counsel to Plaintiff Lamos Sturgis in this action. I have personal knowledge of the facts stated below, and I am competent to testify in court regarding them if I am called as a witness.

2. The electronic signatories to this STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE, David C. Kiernan and D. Cameron Baker, concur in the filing of this document.

I swear under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: January _4_, 2013

By:    /s/ Lauren Charneski___
          Lauren Charneski